UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CR-00304-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ARDARIUS LAMONTEZ DAVIS, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's "Emergency Motion for Judicial Recommendation for Immediate Placement at 'RRC in Houston TX.'" (Doc. No. 39). While Defendant's motion was pending, Defendant was moved by the Bureau of Prisons to "RRM San Antonio," which is a residential reentry center in Texas. (See https://www.bop.gov/inmateloc/ visited 5/4/2023). After reviewing the specific relief requested by Defendant in his motion, which seeks a "judicial recommendation," and his particularly arguments asserted in support thereof, the Court DENIES AS MOOT Defendant's motion.

**IT IS, THEREFORE, ORDERED** that the Motion, (Doc. No. 39), is DENIED AS MOOT.

**IT IS SO ORDERED.**

Signed: May 4, 2023

Frank D. Whitney
United States District Judge

1